55,887-05

August 10, 2015

Louise Pearson, Clerk
Court Of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 12 2015

Abel Acosta, Clerk

RE: Habeas Corpus

Dear Clerk,
Could you please send me the correct forms to file an habeas Corpus pursuant to 11.05, or 11.08, to challenge a probation that has not been revoked. Or Could you send me the correct form to challenge a probation that not been revoked pursuant to the Texas Constitution Article V, Section 8.
The 11.07 form cannot be used to challenge a probation that's have not been revoked.

Sincerely
Lorenzo Timmon